UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>Connie Seay Reed<br><br>DEBTOR(S) | )<br>)<br>)<br>)<br>) | CHAPTER 13<br><br>CASE NO. A06-63319-JB |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: HHLD
Check Number: 2179538
Check Date: 4/29/2011
Check Amount: $5,514.80

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, May 5, 2011, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY AND ASSOCIATES
2751 BUFORD HIGHWAY, N.E.
SUITE 400
ATLANTA, GA 30324-5456

MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
100 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
(404) 525-1110